## Affidavit in Support of Criminal Complaint

1. I, Scott Hanton, Border Patrol Agent of the United States Border Patrol, depose and make this affidavit in support a complaint for a violation of Title 8, United States Code, Section 1326 by JUAN MANUEL CASTRO LOJA (defendant).

2. I am a Border Patrol Agent-Intelligence with the United States Border Patrol ("USBP"), currently assigned to the Houlton Sector Intelligence Unit in Hodgdon, Maine. I have been an agent with the USBP since November 29, 2010. I completed the USBP Academy in February of 2011, where I received instruction in constitutional law, immigration law, criminal law, and federal and civil statutes. I have also received training in the detection, interdiction, and arrest of narcotics smugglers, alien smugglers, and aliens illegally present in the United States. In the course of my employment with USBP, I have been assigned to the Highway 90 and Highway 80 immigration checkpoints in Arizona, where I was the primary agent for multiple narcotic and human smuggling cases. From March 2020 to August 2022, I was assigned as a Case Agent for the Tucson Sector Prosecution Unit. I have conducted numerous criminal investigations involving illicit activity and have gathered and structured evidence and facts pertaining to administrative and criminal immigration cases. In the course of my duties, I have taken sworn statements from material witnesses and suspects. I routinely perform record checks through various law enforcement databases to establish accuracy of information as well as to gather facts further relevant to a respective case. I have acted as a liaison between the United States Attorney's Office and field agents, and I have assisted fellow agents in the development of their cases.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses.

This affidavit is intended to provide the facts necessary for a determination of probable cause.

4. On October 21, 2024, USBP Agent John Crosby Jr. was on duty and at the Franklin County Sheriff's Office in Farmington, Maine to attend to an unrelated matter. On arrival at the SO, Agent Crosby noticed an unoccupied and unloaded roofing van in the SO's parking lot. Agent Crosby entered the SO and spoke with personnel at the SO, who did not know who the van belonged to. When Agent Crosby later exited the SO, he saw two individuals in the van. One of the individuals appeared to be attempting to hide himself from view as the agent exited the SO. Agent Crosby approached the vehicle on foot and the driver rolled down his window. Agent Crosby identified himself and obtained identification from the driver. In doing so, he noticed there were two individuals laying down in the rear of the van. Agent Crosby asked the van's passengers as to their citizenship and all three stated they were from Ecuador and illegally present in the United States. The defendant was identified as one of the two passengers who had been laying in the rear area of the van.

5. The three passengers were transported to the Border Patrol Station in Rangely. A records check on the defendant showed a prior removal from the United States. On or about April 7, 2024, he had been arrested near Tucson, Arizona for unlawful entry into the United States. He was ordered removed and ultimately removed from the United States on April 19, 2024, from Alexandria, Louisiana, to Ecuador.

6. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant violated Title 8, United States Code, Section 1326(a).

7. I, Scott Hanton, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and that I make this oath under pains and penalties of perjury.

Dated at Bangor, Maine, this 22nd day of October, 2024.

Scott Hanton, Border Patrol Agent
United States Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Oct 22 2024

City and state: Bangor, ME

Judge's signature

John C Nivison U.S. Magistrate Judge
Printed name and title